1040

JAY-THORPE, INC., Respondent, v. ALFRED ALDEN et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELY EGELOFF et al., Respondents, v. S. & E. MOTOR HIRE CORPORATION, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BERNARD MILLER, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J. Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM BODILY, Respondent, v. LONG ISLAND RAILROAD COMPANY, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ABRAHAM PLETMAN, Appellant and Respondent, v. MYRON GOLDSOLL, Respondent and Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ABRAHAM PLETMAN, Respondent, v. MYRON GOLDSOLL, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MORIZ OESTERREICHER, Respondent, v. JACQUES OESTERREICHER, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HENRY M. PROPPER, as Temporary Receiver of STAATLICH GENEHMIGTE GESELLSCHAFT DER AUTOREN, KOMPONISTEN UND MUSIKVERLEGER, Appellant, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, Respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH HAMILTON, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

KERIAN J. PHELAN, Respondent, v. CONSTANT REALTY CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. FREDERICK HALL, Appellant.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. Callahan, J., dissents and votes to affirm. Settle order on notice.

EMILE GAUVREAU, Appellant, v. DAILY MIRROR, INC., Respondent.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of SIMON BRAUNSTONE (Also Known as SIMON H. BRAUNSTONE and as SIDNEY H. BRAUNSTONE), an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.—